# UNITED STATES DISTRICT COURT
## for the

Billy Locke #135987 )
_____ )
Plaintiff/Petitioner )
v. )                    Civil Action No.
Polk co., greg Price, Deputy Legan Brooks )
_____ )
Defendant/Respondent )
Sheriff Steve Ross, Jail Addmin
Eddie checks

FILED

JUL 0 2 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form for Prisoner Cases)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _Polk county TN Jail_.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____0_____, and my take-home pay or wages are: $ _____0_____ per

*(specify pay period)* _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ _____0_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NA

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I Am Doing 6 years in Prison aT This Time

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe my Sister a round about $5.000 oR more

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8-25-2026

Billy Toth
_____
Applicant's signature

Billy Locke
_____
Printed name

## CERTIFICATE

### TO BE COMPLETED BY AN AUTHORIZED
### CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ ___0___ on account to his/her credit at the _Polk County Sheriffs Office_ (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last six months was $ _20.33_ . A copy of the applicant's trust fund account (or an institutional equivalent) for the last six months is attached hereto.

_____
Signature of Authorized Officer

Sworn to and subscribed before me this
_25_ day of _June_ , 2_026_ .

_Callie Nelms_
Notary Public

My commission expires _12-21-30_ .

4-20-26: $46.00
2-27-26: $76.00
_____
$122.00



Billy Locke #135987
Polk Co. Jail
Po Box 1189
Benton TN 37307

Legal mail

(2 of 4)

Polk County has neither inspected nor censored and is not responsible for contents

CHATTANOOGA TN  373

1 JUL 2026   AM 2  L

★ USA ★ FOREVER ★

U.S. District court clerk

Georgia Ave. Room 309

chattanooga TN, 37402

FRAYED