Section No. 3
P.1

IN The civil Court OF ~~Polk County~~ U.S. District Eastern TeNNeSSee
At chattanooga

Plaintiff | Billy w. Locke #135987 | ) | Date 6-25-2026
V. "Pro-se"

Defendants | sheriff STeve Ross,
AND Polk county in general
respondant superior

FILED
JUL 02 2026
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

## Affidavit oF complaint

28 usc 1331 gives The District court The Jurisdiction To hear case

on March 11th, in A-Pod I STeped out of my cell Took about 3 steps and Hit the Floor. I got To Looking the Floor was wet, There was No Singes saying wet Floor Put uP, "Nor" are there any singes in The Pod saying wet Floor "To" Put up in The First Place,

I had just had surgery done on my arm and wrist Dec. 23-26 from where I Broken my arm and wrist and have got metal rods and Pins in Both.

uPon The Fall I am Now having more Pain, and wrose thaN it was Befor the Fall in my arm and my wrist an elbow, I had a big Bruse on my right elbow and my wrist hourts rill Bad, and I Twisted my Back in The Fall and it is also killing me, along with my hiP That I landed on when I fell,

28 u S.C. 1331 gives the District court The Jurisdiction To hear This case

I am also suing for the following
(conclusion)

1. medical expenses of past present an future nature
2. all such other relief both general and specific to which I may be entitled under the premises pursuant to applicable law
3. negligence acts
4. pain and suffering, for the fall had reopened some almost heald cracks in my bones
5. The $170.00 Dollers I was charged for X-rays and medication, that was the jail's fault not mine.

I ask for $100,000 to cover all

Leach v. shelby county sheriff 891 F. 2d 1241 (6th cir 1990)

TCA Sec 8-8-201 and 41-4-101, the sheriff is an elected official by county residentns who has the statutory responsibility for the safe keeping of all prisoners in the jail.

Billy W. Locke #135987
Polk Co. Jail
Po Box 1189
Benton TN. 37307

Respectfuly Submitted
Billy Locke



Billy Locke #125847
Polk co. Jail
Po Box 1189
Benton TN 37307

CHATTANOOGA TN 373
1 JUL 2026 AM 2 L

(2 of 2)

Polk County has neither
inspected nor censored and is
not responsible for contents

Legal mail

U.S. District court clerk
Georgia Ave. Room 309
Chattanooga TN. 37402

...RAYED

USA ★ FOREVER